UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW H. BECKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. SCALIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01468-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS**<br><br>(Doc. 12) |

　　　Plaintiff has filed a pleading that the Court construes as a motion for the status of his case. (Doc. 12.) Plaintiff's first amended complaint is currently pending and will be screened by the Court in due course. At present, no action needs to be taken by the Plaintiff. Accordingly, the Court **GRANTS** Plaintiff's motion for status.

IT IS SO ORDERED.

　　Dated:　**October 4, 2021**　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE