UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW H. BECKETT,<br><br>           Plaintiff,<br><br>      v.<br><br>J. SCALIA, et al.,<br><br>           Defendants. | Case No. 1:20-cv-01468-BAK (HBK) (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR 120-DAY EMERGENCY STAY<br><br>(Doc. No. 12) |

   Plaintiff Matthew H. Beckett has filed a request for a 120-day "emergency stay under 'exceptional circumstances.'" (Doc. 15.) Plaintiff states that he is currently undergoing extreme mental health issues and is unable to handle this case. (*Id.*) Plaintiff indicates that he is also in the middle of criminal trial proceedings. (*Id.*) In this case, Plaintiff is not presently under any court-ordered deadline. Therefore, his request for a stay is moot. If Plaintiff is unable to litigate or no longer wishes to pursue this action, he may file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

   Accordingly, Plaintiff's motion for a stay (Doc. No. 12) is DENIED AS MOOT.

Dated:   May 23, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE