UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW H. BECKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>SCALIA, *et al.*,<br><br>  Defendants. | Case No. 1:20-cv-01468-BAK (HBK) (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND REQUEST FOR COPY OF FIRST AMENDED COMPLAINT<br><br>(Doc. No. 21)<br><br>THIRTY (30) DAY DEADLINE |

Pending before the Court is Plaintiff's second motion for an extension of time to file a second amended complaint.[1] (Doc. No. 21). Plaintiff advises that when he was transferred from California State Prison–Sacramento to Atascadero State Hospital, staff misplaced or withheld his legal files and other property. (*Id.*). Plaintiff states he has "written the Warden J*eff Lynch and filed a grievance by way of U.S. Mail 07-25-22." (*Id.*) Additionally, Plaintiff requests a certified copy of his first amended complaint so that he can address all the issues identified in the second screening order. (*Id.*; Doc. No. 17). The Court finds that Plaintiff has shown good cause for the requested extension of time.

---

[1] Plaintiff captioned his motion as seeking an extension of time to file a "FAC," or first amended complaint. This appears to be a scrivener's error.

Accordingly, it is ORDERED:

1. Plaintiff's motion for a copy of his first amended complaint and thirty-day extension of time to file a second amended complaint (Doc. No. 21) is GRANTED;

2. Within thirty (30) days from the date of service of this Order, Plaintiff shall file a second amended complaint; and

3. If Plaintiff fails to file a second amended complaint, the Court will recommend the action be dismissed, with prejudice, for failure to obey a court order and failure to state a claim.

4. The Clerk of Court is directed to attach a courtesy copy of Plaintiff's first amended complaint (Doc. No. 11), the second screening order (Doc. No. 17), and a civil rights complaint form.

Dated:   August 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE