1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11    MATTHEW H. BECKETT,                        Case No. 1:20-cv-01468 JLT CDB (PC)

12                  Plaintiff,                    **ORDER REASSIGNING THE ACTION**

13          v.

14    SCALIA, *et al.*,

15                  Defendants.                   **New Case No. 1:20-cv-01468 CDB (PC)**

16

17          All parties have indicated their consent to the jurisdiction of a United States Magistrate

18    Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to

19    28 U.S.C. § 636(c)(1). (Docs. 9 & 73.)  Accordingly, this Court **REASSIGNS** the action to

20    United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further

21    papers filed in this action shall bear the new case number: **1:20-cv-01468-CDB**.

22

23    IT IS SO ORDERED.

24       Dated:   **November 4, 2024**
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28